

FILED
CLERK, U.S. DISTRICT COURT
JUL 31 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TERRY LARSON, | Case No. EDCV 10-964 AG(JC) |
| Petitioner, | ~~(PROPOSED)~~ ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| R. GROUNDS, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections. In short, petitioner fails to demonstrate that his appellate counsel was deficient in not filing a petition for review or a reasonable probability that the

California Supreme Court would have overturned the decision of the Court of Appeal affirming his conviction and sentence had his counsel filed a petition for review. Moreover, petitioner's claim also fails because there is no constitutional right to counsel for the purpose of filing a petition for review to the California Supreme Court. See Wainwright v. Torna, 455 U.S. 586, 587-88 (1982) (holding that there is no right to counsel when pursuing discretionary state appeal and that, where no constitutional right to counsel exists, there can be no claim for ineffective assistance); Miller v. Keeney, 882 F.2d 1428, 1432 (9th Cir. 1989) ("If a state is not constitutionally required to provide a lawyer, the constitution cannot place any constraints on that lawyer's performance.") (citation omitted).

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on petitioner and counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 31, 2013

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE